# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF  KANSAS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MILLER SR., PHILLIP EDWARD | § | Case No. 14-21859 RDB |
| MILLER, CHARLOTTE RENEE | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on  08/05/2014 .   The undersigned trustee was appointed on  08/12/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of      $      2,231.31

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 60.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]     $ | 2,171.31 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  09/10/2015  and the deadline for filing governmental claims was  09/10/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 557.83 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 557.83 , for a total compensation of $ 557.83 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 223.13 , for total expenses of $ 223.13 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/23/2015                              By:/s/Steven R. Rebein, Chapter 7 Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:    14-21859   RDB   Judge: ROBERT D. BERGER

Case Name:    MILLER SR., PHILLIP EDWARD

        MILLER, CHARLOTTE RENEE

For Period Ending: 12/23/15

Trustee Name:    Steven R. Rebein, Chapter 7 Trustee

Date Filed (f) or Converted (c):    08/05/14 (f)

341(a) Meeting Date:    09/04/14

Claims Bar Date:    09/10/15

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | 1. Homestead | 310,000.00 | 0.00 | | 0.00 | FA |
| | 2. Cash on Hand | 20.00 | 20.00 | | 20.00 | FA |
| | 3. Commerce Bank Checking Account | 24.00 | 24.00 | | 24.00 | FA |
| | 4. Community America CU Checking & Savings Accounts | 178.43 | 178.43 | | 178.43 | FA |
| | 5. Household Furnishings & Appliances | 2,000.00 | 0.00 | | 0.00 | FA |
| | 6. NFM - Furnishings | 8,000.00 | 0.00 | | 0.00 | FA |
| | 7. Personal Clothing | 250.00 | 0.00 | | 0.00 | FA |
| | 8. Wedding Rings & Miscellaneous Jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| | 9. Digital Camera | 20.00 | 0.00 | | 0.00 | FA |
| | 10. Group Term Life Insurance through Employer | 0.00 | 0.00 | | 0.00 | FA |
| | 11. Group Term Life Insurance through Employer | 0.00 | 0.00 | | 0.00 | FA |
| | 12. Individual Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| | 13. 401(K) | 104,901.94 | 0.00 | | 0.00 | FA |
| | 14. 401(K) | 80,141.09 | 0.00 | | 0.00 | FA |
| | 15. 2010 Buick LaCrosse (Surrender) | 12,000.00 | 0.00 | | 0.00 | FA |
| | 16. 2011 Chevrolet Malibu (Surrender) | 9,750.00 | 0.00 | | 0.00 | FA |
| | 17. 2012 Chevrolet Tahoe | 28,000.00 | 0.00 | | 0.00 | FA |
| | 18. 2012 Kia Optima (Surrender) | 18,000.00 | 0.00 | | 0.00 | FA |
| | 19. 2013 Cadillac CTS | 35,000.00 | 0.00 | | 0.00 | FA |
| | 20. 2014 pro rated income tax refunds (u) | 2,008.88 | 2,008.88 | | 2,008.88 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $611,294.34    $2,231.31    $2,231.31    $0.00

(Total Dollar Amount in Column 6)

Exhibit A

Case No:        14-21859      RDB    Judge: ROBERT D. BERGER

Case Name:      MILLER SR., PHILLIP EDWARD

                MILLER, CHARLOTTE RENEE

Trustee Name:                      Steven R. Rebein, Chapter 7 Trustee

Date Filed (f) or Converted (c):   08/05/14 (f)

341(a) Meeting Date:               09/04/14

Claims Bar Date:                   09/10/15

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/23/15 - TFR submitted to UST for approval; 4/20/15 - demand ltr for all assets issued to debtors;  Trustee requested

2014 income tax returns;

Initial Projected Date of Final Report (TFR): 12/15/15          Current Projected Date of Final Report (TFR): 12/23/15

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

Case No:        14-21859  -RDB
Case Name:   MILLER SR., PHILLIP EDWARD
                    MILLER, CHARLOTTE RENEE
Taxpayer ID No:   *******2234
For Period Ending:  12/23/15

Trustee Name:        Steven R. Rebein, Chapter 7 Trustee
Bank Name:           Bank of Kansas City
Account Number / CD #:   *******4701  Checking Account

Blanket Bond (per case limit):   $ 26,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/15 | | Phillip Miller | PAYMENT | | 2,231.31 | | 2,231.31 |
| | | Charlotte Miller | | | | | |
| | 2 | | Memo Amount:       20.00 | 1129-000 | | | |
| | | | Cash on hand | | | | |
| | 3 | | Memo Amount:       24.00 | 1129-000 | | | |
| | | | Bank account funds | | | | |
| | 4 | | Memo Amount:      178.43 | 1129-000 | | | |
| | | | Bank account funds | | | | |
| | 20 | | Memo Amount:    2,008.88 | 1224-000 | | | |
| | | | Income Tax Refund | | | | |
| 06/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,221.31 |
| 07/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,211.31 |
| 08/31/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,201.31 |
| 09/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,191.31 |
| 10/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,181.31 |
| 11/30/15 | | Bank of Kansas City | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,171.31 |

| | | |
|---|---|---|
| Memo Allocation Receipts: | 2,231.31 | |
| Memo Allocation Disbursements: | 0.00 | |
| Memo Allocation Net: | 2,231.31 | |
| | | |
| Total Allocation Receipts: | 2,231.31 | |
| Total Allocation Disbursements: | 0.00 | |
| Total Memo Allocation Net: | 2,231.31 | |

| COLUMN TOTALS | | 2,231.31 | 60.00 | 2,171.31 |
|---|---|---|---|---|
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 2,231.31 | 60.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 2,231.31 | 60.00 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******4701 | 2,231.31 | 60.00 | 2,171.31 |
| | 2,231.31 | 60.00 | 2,171.31 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                2,231.31                60.00

Case No:            14-21859  -RDB

Case Name:       MILLER SR., PHILLIP EDWARD

                 MILLER, CHARLOTTE RENEE

Taxpayer ID No:  *******2234

For Period Ending:  12/23/15

Trustee Name:                      Steven R. Rebein, Chapter 7 Trustee

Bank Name:                          Bank of Kansas City

Account Number / CD #:        *******4701  Checking Account

Blanket Bond (per case limit):  $ 26,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking Account - *******4701 | | Transfers) | To Debtors) | On Hand |

| | | | Page Subtotals | | 0.00 | 0.00 | |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 23, 2015

Case Number:   14-21859
Debtor Name:   MILLER SR., PHILLIP EDWARD

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001 070 7100-00 | Commerce Bank KCREC-10 PO Box 419248 Kansas City MO 64141-6248 | Unsecured Allowed | | $0.00 | $20,447.66 | $20,447.66 |
| 000002 070 7100-00 | Discover Bank Discover Products Inc PO Box 3025 New Albany OH 43054-3025 | Unsecured Allowed | | $0.00 | $9,191.70 | $9,191.70 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for MOMA Funding LLC PO Box 788 Kirkland, WA 98083-0788 | Unsecured Allowed | | $0.00 | $1,303.86 | $1,303.86 |
| 000004 070 7100-00 | PYOD, LLC assignee of Citibank, N.A. c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured Allowed | | $0.00 | $1,423.32 | $1,423.32 |
| 000005 070 7100-00 | PYOD, LLC assignee of Citibank, N.A. c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured Allowed | | $0.00 | $2,616.79 | $2,616.79 |
| 000006 070 7100-00 | Credit First NA PO Box 818011 Cleveland, OH 44181 | Unsecured Allowed | | $0.00 | $638.35 | $638.35 |
| 000007 070 7100-00 | PYOD, LLC assignee of Citibank, N.A. c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Unsecured Allowed | | $0.00 | $5,573.66 | $5,573.66 |
| 000008 070 7100-00 | Cavalry Spv I LLC Assignee of Capital One NA c/o Bass and Associates PC 3936 E Ft Lowell Road Suite 200 Tucson AZ 85712 | Unsecured Allowed | | $0.00 | $16,491.55 | $16,491.55 |
| 000009 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured Allowed | | $0.00 | $840.46 | $840.46 |
| 000010 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured Allowed | | $0.00 | $901.89 | $901.89 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: December 23, 2015

| Case Number: | 14-21859 | | | | | | |
| Debtor Name: | MILLER SR., PHILLIP EDWARD | | Claim Number Sequence | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 000011 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured Allowed | | $0.00 | $266.60 | $266.60 |
| 000012 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured Allowed | | $0.00 | $2,280.58 | $2,280.58 |
| 000013 070 7100-00 | Capital Recovery V, LLC c/o Recovery Management Systems Corp 25 SE 2nd Avenue Suite 1120 Miami FL 33131-1605 | Unsecured Allowed | | $0.00 | $377.25 | $377.25 |
| 000014 070 7100-00 | American InfoSource LP as agent for DIRECTV LLC PO Box 51178 Los Angeles CA 90051-5478 | Unsecured Allowed | | $0.00 | $514.59 | $514.59 |
| 000015 070 7100-00 | Portfolio Recovery Associates, LLC PO Box 41067 Norfolk VA 23541 | Unsecured Allowed | | $0.00 | $1,404.49 | $1,404.49 |
| | Case Totals: | | | $0.00 | $64,272.75 | $64,272.75 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

Exhibit D

Case No.: 14-21859 RDB
Case Name: MILLER SR., PHILLIP EDWARD
         MILLER, CHARLOTTE RENEE
Trustee Name: Steven R. Rebein, Chapter 7 Trustee

      Balance on hand                                  $        2,171.31

    Claims of secured creditors will be paid as follows:

NONE

    Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Steven R. Rebein, Chapter 7 Trustee | $ 557.83 | $ 0.00 | $ 557.83 |
| Trustee Expenses: Steven R. Rebein, Chapter 7 Trustee | $ 223.13 | $ 0.00 | $ 223.13 |

      Total to be paid for chapter 7 administrative expenses     $       780.96

      Remaining Balance                    $      1,390.35

    Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 64,272.75  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 000001 | Commerce Bank | $ 20,447.66 | $ 0.00 | $ 442.32 |
| 000002 | Discover Bank | $ 9,191.70 | $ 0.00 | $ 198.84 |
| 000003 | Quantum3 Group LLC | $ 1,303.86 | $ 0.00 | $ 28.21 |
| 000004 | PYOD, LLC | $ 1,423.32 | $ 0.00 | $ 30.79 |
| 000005 | PYOD, LLC | $ 2,616.79 | $ 0.00 | $ 56.61 |
| 000006 | Credit First NA | $ 638.35 | $ 0.00 | $ 13.80 |
| 000007 | PYOD, LLC | $ 5,573.66 | $ 0.00 | $ 120.57 |
| 000008 | Cavalry Spv I LLC | $ 16,491.55 | $ 0.00 | $ 356.75 |
| 000009 | Capital Recovery V, LLC | $ 840.46 | $ 0.00 | $ 18.18 |
| 000010 | Capital Recovery V, LLC | $ 901.89 | $ 0.00 | $ 19.51 |
| 000011 | Capital Recovery V, LLC | $ 266.60 | $ 0.00 | $ 5.77 |
| 000012 | Capital Recovery V, LLC | $ 2,280.58 | $ 0.00 | $ 49.33 |
| 000013 | Capital Recovery V, LLC | $ 377.25 | $ 0.00 | $ 8.16 |
| 000014 | American InfoSource LP | $ 514.59 | $ 0.00 | $ 11.13 |
| 000015 | Portfolio Recovery Associates, LLC | $ 1,404.49 | $ 0.00 | $ 30.38 |

Total to be paid to timely general unsecured creditors          $ 1,390.35

Remaining Balance                                    $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE